AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| United States of America | )|
|---|---|
| v. | ) |
|  | ) Case No. 26-23-8 |
|  | ) |
|  | ) |
| KEVIN CROSS | ) |
| *Defendant* | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  KEVIN CROSS,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18:224 - BRIBERY IN SPORTING CONTESTS;
18:1349 - CONSPIRACY TO COMMIT WIRE FRAUD;
18:2 - AIDING AND ABETTING

Date: 01/14/2026

/S/ THOMAS GIAMBRONE, DEPUTY CLERK
*Issuing officer's signature*

City and state: PHILADELPHIA, PA

/S/ GEORGE V. WYLESOL, CLERK OF COURT
*Printed name and title*

**Return**

This warrant was received on *(date)* 1/14/26, and the person was arrested on *(date)* 2/6/2026
at *(city and state)* Philadelphia, PA.

Date: 2/6/2026

*Arresting officer's signature*

Scott Baber  SA  FBI
*Printed name and title*